IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MATTHEW FAISON, JR., et. al., | : | |
| | : | |
| Petitioners, | : | Civil Action |
| | : | Case No. 10-MC-51 |
| v. | : | |
| | : | |
| KAISER ALUMINUM CORP., et. al., | : | |
| | : | |
| Respondents. | : | |

**ORDER**

AND NOW, this 26th day of August, 2010, upon consideration of Petitioner's first Motion for Leave to Proceed In Forma Pauperis (Doc. No. 1), Petitioner's second Application to Proceed In Forma Pauperis (Doc. No. 3), and the Writ of Mandamus filed by Petitioner with his first Motion for Leave to Proceed In Forma Pauperis (Doc. No. 5), it is ORDERED as follows:

1. Petitioner's Application to Proceed In Forma Pauperis (Doc. No. 3) is DENIED;

2. Petitioner's pleadings are DISMISSED with prejudice.

3. The Clerk of Court shall close this case.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.